UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CLIVE T. MILLER, on Behalf of Himself and All Others Similarly Situated

    Lead Plaintiff,

v.

APROPOS TECHNOLOGY, INC., et al.,

    Defendants.

No. 01 C 8406

Judge David H. Coar

ORIGINAL

DOCKETED AUG 2 7 2004

FILED AUG 2 5 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STATE OF NEW YORK ) 
                 ) ss.:
COUNTY OF NASSAU )

AFFIDAVIT OF MICHAEL ROSENBAUM
RE: MAILING AND PUBLICATION OF NOTICE
AND REQUESTS FOR EXCLUSION FROM THE CLASS

MICHAEL ROSENBAUM, being duly sworn, deposes and says:

1. I am Managing Director of Berdon Claims Administration LLC ("Berdon"), Claims Administrator in the above-captioned action.

2. I submit this affidavit to describe the procedures employed by Berdon to insure that all persons and entities who purchased the common stock of Apropos Technology, Inc. ("Apropos") from February 17, 2000 through and including April 10, 2001 (the "Class" and the "Class Period") were timely notified of the class action, the proposed settlement and the hearing thereon, and were provided with information for submitting a claim in connection therewith.

3. The initial mailing of the Notice of Class Action, Proposed Settlement and Hearing Thereon, and the Proof of Claim and Release (collectively, the "Notice"), annexed hereto as Exhibit A, was caused to be sent by Berdon via first-class mail on June 3, 2004 to 145 shareholders identified from records provided by the defendant's transfer agent; to 195 brokers, banks and other nominees on the Depository Trust Company's Participant Proxy Contact List and 537 specific research and/or compliance personnel of said brokers, banks and other nominees, identified from

databases created and maintained by Berdon; and to 93 financial institutions identified by Vickers Directory of Institutional Investors as having held positions in Value America during the Class Period, amounting in all to 970 Notices.

4. Subsequent to the initial mailing, and up to and including this date, Berdon has furnished an additional 1,113 copies of the Notice to banks, brokers and other nominees for mailing to their beneficial owners; we mailed an additional 7,645 Notices directly to beneficial owners, using the names and addresses furnished to our office as an alternative by some brokers, banks and other nominees; and we mailed 3 Notices to individuals, all in response to written and telephone requests, for a total subsequent mailing of 8,761 Notices.

5. In summary, as a result of the initial mailing of 970 Notices on June 3, 2004, and our subsequent mailing of 8,761 Notices in response to all incoming requests, as of this date, Berdon has mailed a total of 9,731 Notices to shareholders and/or members and potential members of the Class.

6. Moreover, Berdon has kept a record of Notices returned by the United States Postal Service as undeliverable, and where forwarding addresses have been affixed to the returned Notices, this office has re-addressed and re-mailed them and will continue to do so. In this manner, we are continuing to take all reasonable steps to insure that members and potential members of the Class are provided with a copy of the Notice.

7. Pursuant to paragraph 8(3) of the Preliminary Approval Order dated May 2, 2004, the Summary Notice was "to be published on Business Wire" on June 17, 2004, and under my direction and supervision, the firm of Elser & Aucone, Inc. was engaged to effect such publication. A copy of the Summary Notice text in the form in which it was posted on the Business Wire website on that date is annexed hereto as Exhibit B.

8. Pursuant to paragraph 10 of the Preliminary Approval Order, written requests for exclusion had to be postmarked no later than July 22, 2004, in the manner described in the Notice. To date, this office has received no exclusion requests.

The foregoing statements are true and correct to the best of my knowledge, information and belief.

_____
MICHAEL ROSENBAUM

Sworn to before me this
16th day of August, 2004

_____
Notary Public

MARLENE HURWITZ
NOTARY PUBLIC, State of New York
No. 46-97422
Qualified In Nassau County
Commission Expires April 30, 2007

3

# See Case File for Exhibits