AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Carroccia                          **JUDGMENT IN A CIVIL CASE**

      v.                               Case Number: 02 C 3916

Anderson

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants the defendants' motions for summary judgment. Judgment is entered in favor of the defendants.



Michael W. Dobbins, Clerk of Court

Date: 8/24/2004

Olga Rouse, Deputy Clerk